UNITED STATES of America,
Plaintiff-Appellee

v.

Oscar MELANSON, Defendant-
Appellant

No. 16-11532
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 11, 2018

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Oscar Melanson, Pro Se

Before DENNIS, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Oscar Melanson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Melanson has filed a motion for appointment of new counsel because he wishes to pursue a claim of ineffective assistance of counsel. The record is not sufficiently developed to allow us to make a fair evaluation of Melanson's claim of ineffective assistance of counsel; we therefore decline to consider the claim without

prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Melanson's motion. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED and counsel is excused from further responsibilities herein; Melanson's motion for appointment of counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.